— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ALBERT C. MAROTTA, Respondent, v. GIMBEL BROS., INC, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ALBERT HERSKOVITS & SONS, INC., Respondent, v. OSAKA SHOSEN KAISHA, a Foreign Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ALBERT HERSKOVITS & SONS, INC., Respondent, v. OSAKA SHOSEN KAISHA, a Foreign Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley; Sherman and Townley, JJ.

BRIDGET CODY, as Administratrix, etc., of WILLIAM F. CODY, Deceased, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

FRED A. SWINGLE, Appellant, v. DR. LEO MAYER, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Townley, J., dissents and votes to reverse and grant motion.

HERMAN DRAB, Appellant, v. JOSEPH O'BRIEN, Respondent.—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and Martin, J., dissent and vote for reversal and a new trial.

ROSE ULMER and MENDEL NIEDERBERG, Respondents, v. ROBERT MURPHY, Appellant. FANNIE LEIFER, Respondent, v. ROBERT MURPHY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; O'Malley, J., dissents and votes for reversal and a new trial on the ground that the finding of defendant's negligence is against the weight of the evidence.

PATRICK KEENAN, Respondent, v. NATHANIEL A. ELSBERG, Defendant, Impleaded with MICHEL KIRTLAND, as Receiver of EIGHTH AVENUE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

PORTLAND SEED COMPANY, Respondent, Appellant, v. GUSTAV F. HERBST and Others, Appellants, Respondents.— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ALBERT P. RIPPENBEIN, Respondent, v. I. G. FARBENINDUSTRIE AKTIENGESELLSCHAFT, Appellant, Impleaded with Others, Defendants.— Order modified by striking out that part of the order which grants plaintiff's cross-motion for the examination of defendant, appellant, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, without prejudice to an application for the issuance of a commission. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERT P. RIPPENBEIN, Respondent, v. I. G. FARBENINDUSTRIE AKTIENGESELLSCHAFT and Others, Defendants, Impleaded with WILFRID GREIF and Others,